IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **HECTOR LOPEZ ESCOBAR,** § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | **CAUSE NO. EP-26-CV-13-KC** |
| § | |
| **KRISTI NOEM, et al.,** § | |
| § | |
| Respondents. § | |

## ORDER

On this day, the Court considered the case. On January 22, 2026, Respondents informed the Court that Petitioner was granted release on a $5,000 bond, but that he had not yet posted bond. Resp'ts' Status Report, ECF No. 5. And Respondents' counsel were communicating with Petitioner's counsel and ICE to resolve issues with payment of the bond. *Id.* According to Petitioner, his family and sponsor had unsuccessfully attempted, on multiple occasions, to post bond in person in Maryland as well as online. Pet'r's Status Report ¶ 5, ECF No. 6. On January 23, the Court ordered Respondents to file notice of Petitioner's release from custody or to show cause why Petitioner should not be ordered immediately released. Jan. 23, 2026, Order 2, ECF No. 7.

Respondents now state that Petitioner's family was unable to post bond in El Paso on January 29 because they attempted to make the payment with a disbursement check, not a cashier's check. Resp. 1, ECF No. 8. However, Petitioner states that, after this attempt, another family member was able to post bond in Salisbury, Maryland, but the family member who travelled to El Paso was told that Petitioner would "not be released unless the supervisor in

2

Maryland signs the contract." Pet'r's 2d Status Report ¶ 2, ECF No. 9.  And that, as of 10:45 a.m. on January 30, Petitioner had not been released despite bond being posted.  *Id.*

However, on February 2, the Court searched the ICE Detainee Locator system, which shows Petitioner is not in custody.[1]

Accordingly, the Court **ORDERS** that Petitioner shall **FILE** an updated notice stating whether he remains in custody or has been released **by no later than February 5, 2026**.

**SO ORDERED**.

**SIGNED** this 3rd day of February, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

---

[1] *See* ICE Detainee Locator, https://locator.ice.gov/odls/#/results.

2